UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 04/2014)

In re:

**Alphonse Dwane Owens**,
　　　Debtor(s).

Case No. **14–05792–JMC–13**

## NOTICE OF HEARING

A(n) Motion to Dismiss Case or, in the Alternative, Convert Case to Chapter 7 was filed on March 20, 2015, by Trustee Robert A Brothers. The Court, after reviewing this document, determines that a(n) hearing is required.

**NOTICE IS GIVEN** that a(n) hearing will be held as follows:

　　Date:　May 12, 2015
　　Time:　01:00 PM EDT
　　Place:　Rm. 325 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:　April 13, 2015　　　　　　　　　　　　Kevin P. Dempsey
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court